UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELIFEIA MOSLEY,
      Plaintiff,

v.                                       Case No. 3:17-cv-1253-J-20JRK

PROG LEASING, LLC,
      Defendant.
_____/

ORDER

This matter is before this Court on "Defendant Prog Leasing, LLC's Unopposed Motion to Compel Arbitration and Stay Proceedings with Supporting Memorandum of Law"(Dkt. 8). Defendant explains, in this motion, that Plaintiff's claims must be resolved by an arbitrator because they are covered by the parties' Arbitration Agreement, which is enforceable under the Federal Arbitration Act.

Accordingly it is **ORDERED**:

1. "Defendant Prog Leasing, LLC's Unopposed Motion to Compel Arbitration and Stay Proceedings with Supporting Memorandum of Law"(Dkt. 8) is **GRANTED**;

2. The parties are ordered to submit to arbitration; and

3. This case is administratively closed while the parties are in arbitration. However, every ninety (90) days, Plaintiff shall file a notice to this Court on the progress of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this _5_ day of January, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Heather Helaine Jones, Esq.
Jenny Nicole Perkins, Esq.